Order Filed on January 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Harrison Ross Byck, Esq.
Law Offices of Kasuri Byck, LLC
340 Route 1 North
Edison, NJ 08817
(732) 253-7630
(732) 253-7632 (Fax)
Email: lawfirm@kasuribyck.com
Bar ID: 026831988

| | |
|---|---|
| In Re: | Case No.:   19-10108-KCF |
| Praveen K. Andapally | Chapter:   13 |
| Debtor | Hearing Date:   February 13, 2019 9:00 a.m. |
| | Judge:   Ferguson |

## ORDER GRANTING MOTION TO REINSTATE STAY

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: January 28, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1.  The automatic stay is reinstated as to all creditors.

2.  The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.