UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on February 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Praveen K Andapally

Case No.: 19-10108

Chapter: 13

Judge: Ferguson

# ORDER REGARDING MOTION TO
# EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 1, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**THIS MATTER** having originally come before the Court on its own Order To Show Cause Why Case Should Not Be Dismissed For Failure To File Document(s), Doc. No. 5____, and the Court ordering that certain document(s) must be received by the Clerk on or before January 17, 2019 _____, and movant having filed a *Motion to Extend Time to File Missing Documents* seeking an extension of time to file the missing documents, and for good cause shown, it is

**ORDERED that**:

☐ The movant's motion is GRANTED and the deadline to file all missing documents is extended to _____.

**IT IS FURTHER ORDERED** that if all missing documents are not filed by the deadline set forth above the case will be immediately dismissed without further notice. If the case is dismissed, all outstanding fees to the Court are due and owing and must be paid within 7 days of the date of dismissal.

**IT IS FURTHER ORDERED** that absent extraordinary circumstances set forth in a motion that is filed and heard by the deadline set forth above, there will be NO FURTHER EXTENSIONS and the case will be immediately dismissed without further notice.

☒ The movant's motion to extend time to file missing documents is denied, and as a result, movant has 2 days from the date of this Order to file all missing documents or the case will be dismissed without further notice. All outstanding fees to the Court are due and owing and must be paid within 7 days of the date of dismissal.