Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

        Case No.: 19−10108−KCF  
        Chapter: 13  
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Praveen K Andapally  
   6 Richard Road  
   Edison, NJ 08820

Social Security No.:  
   xxx−xx−7413

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            3/13/19  
Time:           10:00 AM  
Location:       Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 5, 2019  
JAN: wdr

                                                       Jeanne Naughton  
                                                       Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Praveen K Andapally  
     Debtor

Case No. 19-10108-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 05, 2019  
                     Form ID: 132     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2019.
```
db              +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028
cr              +Carrington Mortgage Services, LLC as servicer for,    Stern, Lavinthal & Frankenberg, LLC,
                  105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr              +Green Hollow Condominium Association,    McGovern Legal Services, LLC,    850 Carolier Lane,
                  North Brunswick, NJ 08902-3312
517960458       +Amy E. Forman, Esquire,    McGovern Legal Services, LLC,    850 Carolier Lane,
                  North Brunswick, NJ 08902-3312
517951047       +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517951048       +Citi Mortgage,    c/o Carrington Mortgage Svcs,    PO Box 3489,    Anaheim, Ca 92803-3489
517951049        Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517951050        Green Hollow Condo Assn,    c/o IMPAC,    PO Box 52924,    Phoenix, AZ 85072-2924
518008847        PNC Bank,    c/o Jordan S. Blask, Esq.,    Tucker Arensberg, P.C,    1500 One PPG Place,
                  Pittsburgh, PA 15222-5413
518008849       +Raghupathi Subramanian,    Maheswari Subramanian,    310 Green Hollow Dr,    Iselin, NJ 08830-2922
518008848       +Wells Fargo Bank,    c/o Gwen Williams,    301 S Tryon St MAC D1130-161,
                  Charlotte, NC 28282-1915
518006324       +Wilmington Savings Fund Society, FSB,    3000 Kellway Dr., Ste 150,    Carrollton, TX 75006-3357
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 05 2019 23:56:53      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 05 2019 23:56:50      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Amy   Forman    on behalf of Creditor   Green Hollow Condominium Association
               aforman@theassociationlawyers.com
              Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
               kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
              Maria   Cozzini    on behalf of Creditor   Carrington Mortgage Services, LLC as servicer for Bank
               of America, N.A. mcozzini@sternlav.com
              Melissa N. Licker    on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing business
               as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
               NJ_ECF_Notices@McCalla.com
              Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```