Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  19–10108–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Praveen K Andapally
   6 Richard Road
   Edison, NJ 08820

Social Security No.:
   xxx–xx–7413

Employer's Tax I.D. No.:

_____

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

The Court having noted that the debtor filed an Amendment to Schedule N/A on N/A or to the List of Creditors on February 3, 2019 , and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

   1.    A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

   2.    In a Chapter 11 case:

      a)    a copy of the last modified plan and disclosure statement, if any, and

      b)    a copy of any order approving the adequacy of the disclosure statement
      and/or the scheduling of the plan for confirmation.

   3.    In a Chapter 12 or Chapter 13 case:

      a)    a copy of the Notice of Hearing on Confirmation of Plan, if any, and

      b)    a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the added creditors or parties have

   1.    until the original deadline, if any, fixed by the court to file a complaint to object to
   the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

   2.    until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or sixty 60 days from the date of this Order, whichever is later;

3.    until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: February 5, 2019
JAN: wdr

Kathryn C. Ferguson
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-10108-KCF
Praveen K Andapally                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Feb 05, 2019
                             Form ID: oresadoc         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2019.
db              +Praveen K Andapally,   6 Richard Road,   Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 05 2019 23:56:51     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                      TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2019 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Amy  Forman    on behalf of Creditor   Green Hollow Condominium Association
          aforman@theassociationlawyers.com
          Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
          kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
          Maria  Cozzini    on behalf of Creditor   Carrington Mortgage Services, LLC as servicer for Bank
          of America, N.A. mcozzini@sternlav.com
          Melissa N. Licker    on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing business
          as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
          NJ_ECF_Notices@McCalla.com
          Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 7