| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>STERN, LAVINTHAL & FRANKENBERG, LLC<br>Maria Cozzini, Esq.<br>105 Eisenhower Parkway, Suite 302<br>Roseland, NJ 07068<br>Phone: (973) 797-1100<br>Fax: (973) 228-2679<br>Email: mcozzini@sternlav.com<br>Attorney for Secured Creditor,<br>Carrington Mortgage Services, LLC as servicer for<br>Bank of America, N.A. | **Order Filed on April 30, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Praveen K Andapally<br><br>Debtor | Case No.: 19-10108-KCF<br><br>Chapter: 13<br><br>Hearing Date: March 13, 2019<br><br>Judge: Kathryn C. Ferguson |

**ORDER RESOLVING MOTION TO VACATE STAY WITH CONDITIONS**

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 30, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Carrington Mortgage Services, LLC as servicer for Bank of America, N.A. |
| Applicant's Counsel: | Stern Lavinthal & Frankenberg, LLC |
| Debtors' Counsel: | Harrison Ross Byck, Esq. |
| Property Involved ("Collateral"): | 310 Green Hollow Dr., Woodbridge, NJ 08830 |

Relief sought:
- ✓ Motion for relief from the automatic stay
-    Motion to dismiss
-    Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Debtors must cure arrearages, as follows:

   - Debtor shall file an Amended Chapter 13 Plan to provide for full payment of Creditor's Proof of Claim, Claim No. 4, which was filed on March 5, 2019 with a secured claim amount of $26,370.74.

   - An immediate payment shall be made in the amount of $5,000.00. Payment shall be made no later than April 15, 2019.

   - The balance of arrears is to be paid through the Debtor's Chapter 13 plan over 60 months.

3. In the event of Default:

- ✓ If the Debtor fails to make Trustee payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

- ☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

4. Award of Attorneys' Fees:

- ✓ The Applicant is awarded attorneys' fees of $350.00, and costs of $181.00.

   The fees and costs are payable:

- ✓ through the Chapter 13 plan.
- ☐ to the Secured Creditor within _____ days.
- ☐ Attorneys' fees are not awarded.

United States Bankruptcy Court
District of New Jersey

In re:  
Praveen K Andapally  
    Debtor

Case No. 19-10108-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1                  Date Rcvd: May 01, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db             +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
      Albert    Russo     docs@russotrustee.com
      Amy    Forman     on behalf of Creditor    Green Hollow Condominium Association
       collections@theassociationlawyers.com
      Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
       kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
      Maria    Cozzini     on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for Bank
       of America, N.A. mcozzini@sternlav.com
      Maria    Cozzini     on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC mcozzini@sternlav.com
      Melissa N. Licker    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business
       as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
       NJ_ECF_Notices@mccalla.com
      Phillip Andrew Raymond    on behalf of Creditor    Fay Servicing, LLC, as servicer for Wilmington
       Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
       but solely as trustee for BCAT 2015-14BTT phillip.raymond@mccalla.com
      Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                  TOTAL: 10