Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 19−10108−MBK
                        Chapter:  13
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Praveen K Andapally
   6 Richard Road
   Edison, NJ 08820

Social Security No.:
   xxx−xx−7413

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/9/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 9, 2019
JAN: wir

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-10108-MBK
Praveen K Andapally                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Oct 09, 2019
                              Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db          +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028
cr          +CARRINGTON MORTGAGE SERVICES, LLC,    Stern, Lavinthal & Frankenberg, LLC,
              105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr          +Carrington Mortgage Services, LLC as servicer for,    Stern, Lavinthal & Frankenberg, LLC,
              105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr          +Green Hollow Condominium Association,    McGovern Legal Services, LLC,    850 Carolier Lane,
              North Brunswick, NJ 08902-3312
517960458   +Amy E. Forman, Esquire,    McGovern Legal Services, LLC,    850 Carolier Lane,
              North Brunswick, NJ 08902-3312
518064203   +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517951048   +Citi Mortgage,    c/o Carrington Mortgage Svcs,    PO Box 3489,    Anaheim, Ca 92803-3489
517951049    Fay Servicing,    PO Box 814609,    Dallas, TX 753814609
517951050    Green Hollow Condo Assn,    c/o IMPAC,    PO Box 52924,    Phoenix, AZ 85072-2924
518038753   +Green Hollow Condominium Association Inc,    C/O McGovern Legal Services LLC,
              850 Carolier Lane,    North Brunswick, NJ 08902-3312
518008847    PNC Bank,    c/o Jordan S. Blask, Esq.,    Tucker Arensberg, P.C,    1500 One PPG Place,
              Pittsburgh, PA 15222-5413
518008849   +Raghupathi Subramanian,    Maheswari Subramanian,    310 Green Hollow Dr,    Iselin, NJ 08830-2922
518008848   +Wells Fargo Bank,    c/o Gwen Williams,    301 S Tryon St MAC D1130-161,
              Charlotte, NC 28282-1915
518006324   +Wilmington Savings Fund Society, FSB,    3000 Kellway Dr., Ste 150,    Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2019 01:03:08      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2019 01:03:05      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517951047   +EDI: BANKAMER.COM Oct 10 2019 04:38:00      Bank of America,    PO Box 31785,
              Tampa, FL 33631-3785
518068013    EDI: BANKAMER.COM Oct 10 2019 04:38:00      Bank of America, N.A.,    PO Box 31785,
              Tampa, FL 33631-3785
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Amy   Forman    on behalf of Creditor    Green Hollow Condominium Association
               collections@theassociationlawyers.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
               kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
              Maria   Cozzini    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for Bank
               of America, N.A. mcozzini@sternlav.com
              Maria   Cozzini    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC mcozzini@sternlav.com
              Melissa N. Licker    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business
               as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
               NJ_ECF_Notices@mccalla.com

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Oct 09, 2019
                              Form ID: 148             Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Phillip Andrew Raymond    on behalf of Creditor   Fay Servicing, LLC, as servicer for Wilmington
               Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
               but solely as trustee for BCAT 2015-14BTT phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```